IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TONYA DAVIS, | ) | Case No.: 13-3224 |
| | ) | |
| Plaintiff, | ) | |
| | ) | PLAINTIFF'S MOTION TO |
| v. | ) | REINSTATE |
| | ) | |
| ERNEST FENTON; LAW OFFICE OF | ) | |
| ERNEST B. FENTON, P.C. | ) | Judge Ruben Castillo |
| and LEGAL SERVICES, INC. | ) | |
| | | |
| Defendants | ) | |

Plaintiff moves to reinstate this case to the active docket for the reason that after staying this case pending arbitration, the Defendants failed to pay the required filing fee with the American Arbitration Association (AAA) which has resulted in the AAA declining to proceed with arbitration. Plaintiff paid her filing fee as required.

The AAA also requested that Defendants remove the AAA from its consumer arbitration clause.

MEMORANDUM

This Court upheld the validity of the arbitration clause in Defendants' "Attorney-Client Engagement Letter" in its Memorandum Opinion and Order of 02/07/14. (Doc. 36). The Court ruled that it would stay the case pending arbitration. (Doc. 36, p. 22).

The Defendants' arbitration clause provided that disputes regarding provisions of the retainer agreement would be submitted to the American Arbitration Association for resolution. (R. 1-1, Ex. A, Retainer Agreement at 5-6).

Pursuant to the Rules of the AAA Ms. Davis paid her filing fee of $200. (Ex. 1). Defendants were given until April 15, 2014 to pay their filing fee of $3,000.00. (Ex. 1). They did not do so, and their filing fee deadline was extended to April 28, 2014. (Ex. 3). Defendants did not pay their filing fee by the extended deadline, and on May 9, 2014 AAA declined the conduct an arbitration and further requested the Defendants remove AAA from their arbitration clause in their retainer agreements. (Ex. 6).

## CONCLUSION

Plaintiff requests that this case be returned to the active docket of this court.

Respectfully submitted,

/s/ Kelli Dudley

/s/ Robert B. Newman

Robert B. Newman
Attorney for Plaintiff Tonya Davis

Robert B. Newman
Newman & Meeks Co., L.P.A.
215 East Ninth Street, Suite 650
Cincinnati, Ohio 45202
513-639-7000
robertnewman@newmanmeeks.com

CERTIFICATE OF SERVICE

This will certify that all parties to this case will receive notice of this motion contemporaneous with its filing with the Court's Electronic Filing System.

/s/Robert B. Newman